No. 90–1189. TROJAN TECHNOLOGIES, INC., ET AL. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 90–1283. DENHOLM *v.* HOUGHTON MIFFLIN CO. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 90–1615. REUBER *v.* FOOD CHEMICAL NEWS, INC. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 90–772. OHIO DEPARTMENT OF TAXATION ET AL. *v.* INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari. 

No. 90–1510. STURMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari. 